Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com

Fredric Evenson (State Bar No. 198059)
ECOLOGY LAW CENTER
~Monterey Bay~
P.O. Box 1000
Santa Cruz, CA 95061
Telephone: (831) 454-8216
Email: evenson@ecologylaw.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>　　　　　　　Plaintiff,<br>　　　　v.<br><br>PICK-N-PULL SAN JOSE AUTO DISMANTLERS, A CALIFORNIA GENERAL PARTNERSHIP,<br><br>　　　　　　　Defendant. | Civil Case No. 5:15-cv-02381 PSG<br><br>NOTICE OF SETTLEMENT; [~~PROPOSED~~] ORDER DISMISSING COMPLAINT AND ENTERING CONSENT DECREE |

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Ecological Rights Foundation, and Defendant, Pick-n-Pull San Jose Auto Dismantlers ("Pick-n-Pull"), (collectively, the "Parties") have reached settlement in the above-captioned case and have executed a Consent Decree.

PLEASE TAKE FURTHER NOTICE that U.S. Environmental Protection Agency regulations require that any proposed settlement of a Clean Water Act case must be provided to the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency ("federal agencies") prior to any judicial entry of the settlement. (*See* 33 U.S.C. §1365(c); 40 C.F.R. § 135.5.) Plaintiff provided the [Proposed] Consent Decree to the federal agencies for review on October 30, 2015 and on December 14, 2015, the United States Department of Justice notified the court and the parties of its non-objection to the proposed settlement. In accordance with federal law, judgment disposing of this action may be now be entered.

NOW THEREFORE, for the reasons set forth above, the Parties hereby stipulate, and respectfully request, that the Court: (1) approve and execute the Order dismissing the Complaint with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure and (2) approve and sign the attached Consent Decree which provides for continuing Court jurisdiction over any disputes which may arise between the parties under the agreement.

///

RESPECTFULLY SUBMITTED,
DATED: December 14, 2015                    PILLSBURY WINTHROP SHAW PITTMAN LLP


By:        /s/ Margaret Rosegay
            MARGARET ROSEGAY
            Attorney for Defendant

DATED:  December 14, 2015                ENVIRONMENTAL ADVOCATES


                                         By:      /s/ Jodene Isaacs
                                                 JODENE ISAACS
                                                Attorney for Plaintiff
                                         ECOLOGICAL RIGHTS FOUNDATION

Stipulation to Dismiss; [Proposed] Order
Civil Case No.: C 15-02381 PSG

## [~~PROPOSED~~] ORDER

After consideration of the Consent Decree between the parties attached to this order, I hereby dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and retain jurisdiction over the parties with respect to any disputes that may arise under the Consent Decree.

**IT IS SO ORDERED:**

Date: 12/18/2015

*Paul S. Grewal* (signature)
Honorable Magistrate Judge Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA